EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>     Delma S. Arrigoitía Peraza | 2002 TSPR 63<br><br>156 DPR _____ |

Número del Caso: TS-4250


Fecha: 10/mayo/2002


Colegio de Abogados de Puerto Rico:
                    Lcda. Sheila I. Vélez Martínez
                    Directora Ejecutiva


Abogado de la Parte Querellada:
                    Lcdo. Manuel A. Moreda


Materia: Solicitud de Reinstalación


     Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Delma S. Arrigoitía Peraza          TS-4250

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

RESOLUCION

San Juan, Puerto Rico, a 10 de mayo de 2002.

Evaluada la moción solicitando reinstalación presentada por la querellada, Delma S. Arrigoitía Peraza, la "Moción de Desistimiento" presentada por el Colegio de Abogados de Puerto Rico y demás documentos que obran en autos, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Fuster Berlingeri no intervino.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo